# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:13-cr-351 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CARL D. WASHINGTON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 16, 2024. The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Armstrong reported that a supervised release violation hearing was held on May 21, 2024. The defendant admitted to the following violation:

1. Failure to Comply with the Residential Reentry Center (RRC);
2. Unauthorized Use of Controlled Substances;
3. Noncompliance with Substance Abuse Testing;
4. Unauthorized Use of Controlled Substances.

The magistrate judge filed a report and recommendation on May 31, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

A final supervised release violation hearing was conducted on June 21, 2024. Present were the following: Assistant United States Attorney Scott Zarzycki, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant Carl D. Washington, and United States Probation Officer Sharlon Cobb.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 10 months, with credit for time served, followed by 2 years of supervised release. The defendant is to have the same terms and conditions of supervised release as previously imposed, and with the following additional conditions:

**Inpatient Treatment Facility and Residential Reentry Center**: Upon release from imprisonment, the defendant will be placed at an inpatient treatment facility for a period of up to 30 days, followed by up to 180 days of placement in a Residential Reentry Center.

**Cognitive Behavioral Treatment**: You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Alcohol Restriction**: You must not use or possess alcohol.

**Mental Health Medications**: You must take all mental health medications that are prescribed by your treating physician.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: June 21, 2024

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**